# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2017

153116
153118

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

ENBRIDGE ENERGY LIMITED
PARTNERSHIP,
        Petitioner-Appellee,

v

UPPER PENINSULA POWER COMPANY,
        Respondent-Appellant,
and

MICHIGAN PUBLIC SERVICE COMMISSION,
        Appellee.

SC: 153116
COA: 321946
MPSC: U-017077

_____/

ENBRIDGE ENERGY LIMITED
PARTNERSHIP,
        Petitioner-Appellee,

v

UPPER PENINSULA POWER COMPANY,
        Respondent-Appellee,
and

MICHIGAN PUBLIC SERVICE COMMISSION,
        Appellant.

SC: 153118
COA: 321946
MPSC: U-017077

_____/

      On March 8, 2017, the Court heard oral argument on the applications for leave to appeal the December 22, 2015 judgment of the Court of Appeals. On order of the Court, the applications are again considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017



Clerk

p0517t